UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 09 B 11626
                                                    CHAPTER 13
WILLIE JAMES ANDERSON

                                                    JUDGE JACQUELINE P COX

   DEBTOR                                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 5 | 3164  10814 MORGAN | $11,367.23 | $11,517.23 | $11,517.23 |
| Total Amount Paid by Trustee | | | | | $11,517.23 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-11626-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 30th day of July, 2014.

Debtor:
WILLIE JAMES ANDERSON
10814 S MORGAN
CHICAGO, IL 60643

Attorney:
KAPLAN BANKRUPTCY FIRM LLC
55 E JACKSON BLVD # 650
CHICAGO, IL 60604
via Clerk's ECF noticing procedures

Mortgage Creditor:
OCWEN FEDERAL BANK
% FISHER & SHAPIRO
2121 WAUKEGAN RD # 301
BANNOCKBURN, IL 60015

Mortgage Creditor:
US BANK NA/OCWEN
% FISHER AND SHAPIRO LLC
4201 LAKE COOK RD
NORTHBROOK, IL 60062-1060

Creditor:
OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH, FL 33416

ELECTRONIC SERVICE - United States Trustee

Date: July 30, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603